Dismissed and
Memorandum Opinion filed April 15, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00609-CV

____________

 

COMFORT AYINBODE, Appellant

 

V.

 

EMC MORTGAGE CORPORATION, Appellee

 



 

On Appeal from County Civil Court at Law No. 1

Harris County, Texas

Trial Court Cause No. 938,589

 

 

 



M E M O R
A N D U M  O P I N I O N

            This is an appeal from a judgment signed July 2, 2009.  The
clerk’s record was filed July 16, 2009.  The reporter’s record was filed October
16, 2010.  No brief was filed.

            On February 18, 2010, this Court issued an order stating that
unless appellant submitted her brief, together with a motion reasonably
explaining why the brief was late, on or before March 22, 2010, the Court would
dismiss the appeal for want of prosecution.  See Tex. R. App. P. 42.3(b).








Appellant filed no
response.  Accordingly, the appeal is ordered dismissed.

 

                                                                        PER
CURIAM

 

Panel consists of Justices Brown,
Sullivan, and Christopher.